IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEREMY WESTMORELAND,

Plaintiff,

v.

MICHAEL STRATTON, *et al*.,

Defendants.

Case No. 17-cv-500 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 19, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray**
**Deputy Clerk**


**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**